

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00091-CV

**IN RE J&R SCHUGEL TRUCKING INC.**, J&R Schugel Logistics Inc., J&R Schugel Holdings Inc., and Scott Briggs, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Patricia O. Alvarez, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: March 31, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).[2]

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI21379, styled *Ismael Garcia v. J&R Schugel Trucking Inc., et al.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.
[2] This court previously denied the petition and motion by an administrative order on March 18, 2021.